

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00128-CV

Maria **COLUNGA**,
Appellant

v.

**OUR LADY GUADALUPE CATHOLIC CHURCH**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC12-110
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Our Lady Guadalupe Catholic Church recover its costs of this appeal, if any, from appellant Maria Colunga.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice